ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 19, 2015  
START: 5:20 pm  
END: 5:50 pm  

DOCKET NO: 13-CV-7314 (ENV)  
CASE: Gibbs v. City of New York, et al.

- ☐ INITIAL CONFERENCE
- ☒ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE (recorded)
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Terrell McCosland |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Nicholas Melissinos |
|  |  |
|  |  |

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☒ JOINT PRE-TRIAL ORDER (JPTO) TO BE FILED VIA ECF BY 7/7/15
- ☐ PL. TO SERVE DEF. BY: 7/3/15    DEF. TO SERVE PL. BY: 7/10/15

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court admonishes plaintiff and plaintiff's counsel for failing to comply with their discovery obligations and grants defendants' motion to compel (DE #24). Plaintiff is directed to cure the deficiencies in his discovery responses, and produce the authorizations addressed during this telephone conference, by May 21, 2015. The City's deadline for completing discovery is extended to June 19, 2015. Requests for a premotion conference are due by June 26, 2015. If none is filed, the parties shall serve and file their JPTO pursuant to the above schedule.